1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEOBARDO CHAVEZ BARRIENTOS,<br><br>                       Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>                Respondents. | Case No. 2:23-cv-01589-KK (PD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the report to which Petitioner has objected. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: March 6, 2024.

_____
HONORABLE KENLY KIYA KATO
United States District Judge