JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO CHAVEZ BARRIENTOS,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>Respondents. | Case No. 2:23-cv-01589-KK (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 6, 2024.

_____
HONORABLE KENLY KIYA KATO
United States District Judge